# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-cv-00175-SOM-RT |
| CASE NAME: | In Re: Civil Beat Law Center for the Public Interest |
| ATTY FOR MOVANT: | Brian Black* |
| ATTYS FOR INTERESTED PARTY: | Ken Sorenson*<br>Micah Smith(by phone)* |
| ATTY FOR INTERESTED PARTY: | Birney Bervar* |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debi Read |
| DATE: | 05/09/2023 | TIME: | 10:00am-11:40am |

COURT ACTION: EP: [1]Motion to Unseal Motion By USA as to Defendant Ty Cullen's Sentencing, filed by Civil Beat Law Center for the Public Interest.

Mr. Smith participated by phone.

Discussion held.

Oral arguments heard.

[1] Court RULES that, if and when the Government's motion is unsealed, the court will not redact the case number, case name, or date of the sentencing hearing.

[2] Court TAKES UNDER ADVISEMENT the issue of potential redactions to Paragraphs 3 through 6 of the Government's motion.

[3] Court ORDERS the parties to meet and discuss potential redactions of Paragraph 7. The parties shall file a joint update, by Friday, May 12, 2023 at noon, notifying the court as to whether the parties reached an agreement about redactions to Paragraph 7.

[4] Court INVITES the parties to file optional, supplemental briefs by Friday, May 12, 2023 at noon. The sole focus of these briefs should be whether case law supports the notion that as a court considers whether information in a judicial record should be disclosed because it is already in the public domain, the court can or should assess how widely available or widely circulated the public information is.

Submitted by: Theresa Lam, Courtroom Manager